RECEIVED
IN LAKE CHARLES, LA.

MAR 16 2010

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| ALEXANDER S. McKENZIE<br>FED. REG. NO. 14417-058<br>VS. | CIVIL ACTION NO. 09-1807<br><br>SECTION P<br><br>JUDGE MINALDI |
| WARDEN J.P. YOUNG | MAGISTRATE JUDGE KAY |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DENIED** and **DISMISSED WITH PREJUDICE** because the Court lacks jurisdiction to consider these claims.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this ___ day of March, 2010.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE